UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAELA LEA TYLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:23-cv-2720-JDP<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

-1-

1   IT IS ORDERED that fees and expenses in the amount of $7,300.00 as
2 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be
3 awarded subject to the terms of the Stipulation.

4

5 IT IS SO ORDERED.

6

7 Dated:   April 28, 2025

                              JEREMY D. PETERSON
                              UNITED STATES MAGISTRATE JUDGE